■ DANIEL ROSEN, Respondent, v. MEYER KORRIS, Appellant.— Judgment unanimously affirmed, with costs. (Appeal by defendant from judgment of Erie County Court granting plaintiff's application enforcing an alleged stipulation of settlement and directing the entry of judgment.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ ELIOT BIRNBAUM et al., Individually and on Behalf of All Other Present and Retired School Teachers in the State of New York Similarly Situated, Appellants, v. NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Respondent.— Judgment and order unanimously affirmed, without costs of this appeal to any party. (Appeal by plaintiffs from judgment and order of Onondaga Special Term dismissing the complaint and granting a declaratory judgment in favor of defendant. The order denies plaintiffs' motion for summary judgment and grants defendant's motion for summary judgment.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GILBERT COLAVECCHIO, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Onondaga County Court convicting defendant of the crime of grand larceny, first degree.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BURNEY, Appellant.— Order unanimously affirmed. (Appeal from order of Erie County Court denying a motion to vacate a judgment of conviction on May 5, 1961 without a hearing.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM D. KEYES, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of burglary, third degree, and petit larceny.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ JOSEPHINE BERRY, Appellant, v. PRUDENTIAL INSURANCE CO. OF AMERICA, Respondent.— Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment of Monroe Trial Term dismissing plaintiff's complaint after motions by defendant for dismissal and by plaintiff for a direction.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ WILLIAM F. REIBER, Respondent, v. WALTER F. ROBERTS, Appellant. — Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal by defendant from judgment of Monroe Supreme Court granting plaintiff reformation of a deed by striking therefrom the defendant's name.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ GEORGE W. WOOD, Respondent, v. BERSANI REALTY & CONSTRUCTION Co., INC., Appellant.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Onondaga County Court affirming the judgment of Syracuse Municipal Court for plaintiff in an action for real estate commission.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.